Asad Gilani 661
Bedford Road
Armonk, NY 10504  Email:
Asad.s.gilani@gmail.com
Phone: 914-224-80783

November 17 , 2023

Filed via ECF

Honorable Jesse M. Furman
United states District Court Southern District of New York  40 Foley Square
New York, NY 10007

    Re:  Asad Gilani v Deloitte LLP et al. Case: 23-cv-04755JMF  -
        Extension to Reply to Dependents Motion to Dismiss Third Amended Complaint"

Dear Judge Furman:

    Today, defended was served Motion to Dismiss (ECF 112 & 113)

    In your Court Order on October 11, 2023

**"If Defendants file an answer or a new motion to dismiss the Court will deny the previously file motion to dismiss as moot. Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed within fourteen days, and reply shall be filed within seven days of any opposition…..  To the extent that Plaintiff wishes to dule any extrinsic document in connection with his opposition and that are no already part of the public record, he shall provide a copy to Defendants at least three days before filing. " (ECF 101)**

    Defended in New Motion to Dismiss did not state that they relied on previously motion to dismiss (ECF 91) should be dismissed as it moot. Plaintiff  had referenced Deloitte Position Statements and Exhibits, Plaintiff requested Court to allow Plaintiff to include as exhibits as part of the Opposition.

    Plaintiff is also requesting extension to 30 days to reply to the Opposition to Motion to Dismiss, this is a first extension request, because Plaintiff takes high dose of gabapentin (2400 MG) daily medicines  to barely going.  the side effects are very bad does not want to make mistakes or forget while writing Plaintiffs Opposition. Plaintiff also had stage two COPD and Depression medicines,

    On November 27, 2023 Plaintiff filed Third Amended Complaint and it supersedes Second Amended Complaint and later being treated thereafter as non-existent (Ramirez v Cty of San Bernardino, 806 F 3d 1002, 1008 (9th Cir. 2015)

    FYI: Right after Plaintiff filed Third Amended Complaint. Defendants reached out ECF Help Desk and wanted to terminated Individual Defendants and Plaintiff was copied, it became unboreable

Plaintiff reached out to ECF Helpdesk and notified that is a Pro Se case.  Plaintiff reached out to Pro Se Office and was told that Defendants had to obtain Court Order. Defendants are represented by Attorney and they should know.  .

                                                   Submitted Respectfully,

                                                   /s/Asad Gilani
                                                   Asad Gilani
                                                   Pro Se

Serviced via ECF

Ms. Brochin, Ms. Musmanno, Ms. Sharma,

Application GRANTED.  Plaintiff shall file any opposition to Defendants' motion to dismiss the Third Amended Complaint by **January 5, 2024**.  Plaintiff may attach exhibits to his opposition but is reminded that he should not include potentially confidential information in public filings unless it is necessary.  Defendants shall file any reply by **January 19, 2024**.

Defendants' motion to dismiss the Second Amended Complaint is hereby DENIED as moot.  The Clerk is directed to terminate ECF Nos. 91 and 114.  The Clerk is further directed to terminate Defendants Traci Commons, Michelle Bandes, Joel Vengo, James Kosci, and Rosemary Hodges as Defendants.

                                                 SO ORDERED.

                                                 November 20, 2023