UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
        :
ASAD GILANI,        :    23 Civ. 4755 (JMF) (GS)
        :
        Plaintiff,        :    <u>ORDER</u>
        :
    - against -        :
        :
DELOITTE LLP, et al.,        :
        :
        Defendants.        :
        :
---------------------------------------------------------------------- X

**GARY STEIN, United States Magistrate Judge:**

      The parties are directed to ignore the errant ECF notification circulated earlier today referencing "Document Number 161."

      **SO ORDERED.**

DATED:    New York, New York
             October 29, 2024

                                                                         The Honorable Gary Stein
                                                                         United States Magistrate Judge