UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
                                                            :
ASAD GILANI,                                      :         23 Civ. 4755 (JAV) (GS)
                                                      :
                            Plaintiff,            :         <u>ORDER</u>
                                                      :
              - against -                           :
                                                      :
DELOITTE LLP, et al.,                     :
                                                      :
                          Defendants.        :
-------------------------------------------------------------------------- X

**GARY STEIN, United States Magistrate Judge:**

        Pursuant to the parties' mutual agreement and the discussion at the January 23, 2025 conference before the undersigned, the Court modifies the stay of the compliance deadline for Plaintiff's third-party subpoenas (Dkt. No. 204) as follows:

1. The stay is hereby lifted with respect to the subpoenas served on (i) Vanguard Group; (ii) AT&T National Compliance Center; (iii) Verizon Security System; and (iv) Metropolitan Life Insurance, Inc.

2. The stay remains in place with respect to the subpoenas served on (i) Magellen Health; (ii) Western Alliance Bank; and (iii) Microsoft Corporation.

3. To the extent that Microsoft's preservation period for documents responsive to Plaintiff's subpoena would expire at the end of this month in the normal course, as the parties indicated at the January 23 conference, Microsoft is directed to extend the preservation of these documents until it receives further direction from the Court or Plaintiff withdraws the subpoena.

**SO ORDERED.**

Dated: New York, New York
           January 28, 2025

                                                         The Honorable Gary Stein
                                                         United States Magistrate Judge